WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Plaintiff,*
*U.S. Bank National Association, as Trustee*
*for the Chevy Chase Funding LLC Mortgage*
*Backed Certificates Series 2007-2*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-2 | Case No.: 2:11-cv-01373-LDG-CWH<br><br>SUBSTITUTION OF ATTORNEY |
| Plaintiff, | |
| vs. | |
| EDERLINDA VILLA; and DOE OCCUPANTS, I through X, inclusive. | |
| Defendants. | |

U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-2 hereby substitutes and appoints the firm of Wright, Finlay & Zak, LLP as its attorneys in the above-entitled matter in place and stead of The Cooper Castle Law Firm, LLP.

Dated: Oct. 24, 2011.

U.S. BANK NATIONAL ASSOCIATION, as
Trustee for the Chevy Chase Funding LLC
Mortgage Backed Certificates Series 2007-2

By: _____
by the through it's authorized servicer, Specialized Loan Servicing LLC

1

The Cooper Castle Law Firm, LLP, hereby substitutes in its place and stead the law firm of Wright, Finlay & Zak, LLP as attorneys for U.S. Bank National Association, Trustee for the Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-2, in the above-entitled matter.

Dated: Oct 25th, 2011

THE COOPER CASTLE LAW FIRM, LLP

By: /s/ Matthew Dayton
Matthew Dayton, Esq.
Nevada Bar No. 11552
820 S. Valley View Blvd.
Las Vegas, Nevada 89107
mdayton@ccfirm.com

Wright, Finlay & Zak, LLP hereby accepts substitution as attorneys for U.S. Bank National Association, Trustee for the Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-2 in the above-entitled matter in place and stead of The Cooper Castle Law Firm, LLP.

Dated: Oct 25th, 2011

WRIGHT, FINLAY & ZAK, LLP

By: _____
Donna M. Osborn, Esq.,
Nevada Bar No. 6527
5532 S. Ft. Apache Rd., Suite 110
Las Vegas, NV 89148
dosborn@wrightlegal.net

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: October 28, 2011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that on the 25th day of October, 2011, I electronically filed the foregoing Substitution of Counsel using the CM/ECF system, which will send notice of electronic filing to all parties listed on the Notice of Electronic Filing.

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP